United States Court of Appeals
 for the district of columbia circuit
 


No. 97-3073 September Term, 1997

United States of America,
 Appellee
 
v.

Angelo Valentino Garces, a/k/a Lo Lo,
 Appellant
 


 Appeal from the United States District Court
 for the District of Columbia
 (No. 96cr00269-01)
 



 Before: Wald, Williams and Randolph, Circuit Judges.


 O R D E R 

 It is ORDERED by the Court that the opinion of January 20, 1998 in the above entitled
case is amended as follows:

 Page 11, second paragraph, first line, delete "Rule of Criminal Procedure" and replace
with "Rules of Evidence".




FOR THE COURT:
Mark J. Langer, Clerk



Filed: February 9, 1998